Javier DELGADO–TORRES, Petitioner,

v.

Eric H. HOLDER Jr., Attorney General, Respondent.

No. 06–70546.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 7, 2009.

Charles E. Nichol, Law Offices of Charles E. Nichol, San Francisco, CA, for Petitioner.

James Eugene Grimes, Senior Litigation Counsel, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Javier Delgado–Torres, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dis-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

missing his appeal from an immigration judge's decision denying his application for a waiver of inadmissibility. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary decision to deny Delgado–Torres a waiver of inadmissibility under § 212(h) of the Immigration and Naturalization Act. *See Mejia v. Gonzales,* 499 F.3d 991, 999 (9th Cir.2007) (holding that 8 U.S.C. § 1252(a)(2)(B)(i) precludes the court from reviewing the agency's decision under § 212(h)).

Delgado–Torres' contention that the agency deprived him of due process by misapplying the law to the facts of his case is not supported by the record and does not state a colorable due process claim. *See Bazua–Cota v. Gonzales,* 466 F.3d 747, 749 (9th Cir.2006) (per curiam).

**PETITION FOR REVIEW DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.